# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-60046
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 20, 2018

Lyle W. Cayce
Clerk

THOMAS E. GRAY, JR.,

      Plaintiff - Appellant

v.

ZURICH AMERICAN INSURANCE COMPANY,

      Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:17-CV-34

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by that court. Appellant insists that the Mississippi Supreme Court opinion in *Allen v. Banks*, 384 So. 2d 63 (1980) supports intoxication as the negligence of liability, but that opinion makes it clear that causation is a different matter. The gap in the appellant's case here is that no evidence would support a proximate cause of causation for this case's path.

      AFFIRMED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.